IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

BRIAN K. WILLIAMS,                                    CASE NO. 09-12502

Debtor

DENISE LITTLETON, Trustee

vs.                                                   ADV. NO. 10-00058

BRIAN K. WILLIAMS,

                    Defendant.


## JUDGMENT AND ORDER ON COMPLAINT

This matter came on for trial upon the complaint of the Trustee against the Defendant named in the caption above. Appearances were made as noted in the record. Process was duly issued and served, and the Defendant has failed to plead or otherwise defend in this adversary proceeding. It appears that this court has jurisdiction of the matter, and that default judgment should be entered for the relief sought by the Plaintiff.

It is therefore ORDERED that a judgment of default is hereby entered in Plaintiff's favor and against the Defendant for the relief sought in the complaint.

It is further ORDERED that the Debtor's discharge be revoked.


Dated:   August 23, 2010



_William S. Shulman_
WILLIAM S. SHULMAN
U.S. BANKRUPTCY JUDGE